UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GU SEON SONG,<br><br>                                    Plaintiff,<br>               -v-<br><br>SHINHAN BANK AMERICA, ET AL.,<br><br>                                    Defendants. | 21 Civ. 11207 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On September 21, 2022, the Court scheduled a case management conference in this matter for November 29, 2022 at 11:15 a.m. Dkt. 21. Due to an unavoidable conflict, the Court adjourns that conference to November 29, 2022, at 9:30 a.m.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: October 27, 2022
         New York, New York