UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GU SEON SONG,<br><br>                    Plaintiff,<br><br>v.<br><br>SHINHAN BANK AMERICA,<br><br>                    Defendant. | Civil Action No. 1:21-cv-11207 (PAE) |

### MOTION FOR WITHDRAWAL OF ANDREW T. WILLIAMSON AS COUNSEL OF RECORD

PLEASE TAKE NOTICE that the undersigned hereby respectfully moves for the withdrawal of Andrew T. Williamson as counsel for Defendant Shinhan Bank America ("Defendant"). The undersigned makes this request as Mr. Williamson departed the law firm of FordHarrison LLP, effective, August 22, 2022, and therefore Mr. Williamson is no longer be able to appear on behalf of Defendant. The remaining undersigned attorney of FordHarrison LLP has continued representing Defendant in this case and will continue doing so. As such, good cause exists for this motion and there is no prejudice in granting this motion.

Based on the foregoing, the undersigned counsel respectfully requests that the Court grant the attached Proposed Order granting Andrew T. Williamson's withdrawal as counsel in the above-captioned case.

Dated:  October 27, 2022

Granted. SO ORDERED.

*Paul A. Engelmayer*

———————————————
PAUL A. ENGELMAYER
United States District Judge
October 27, 2022

FORDHARRISON LLP

*Vincent M. Avery*

———————————————
Vincent M. Avery
366 Madison Avenue, 7th Floor
New York, New York 10017
Telephone: (212) 453-5935
*Attorneys for Defendant*