

366 Madison Avenue | 7th Floor
New York, New York 10017
Tel 212-453-5900 | Fax 212-453-5959

Writer's Direct Dial:

PHILIP K. DAVIDOFF
212-453-5915
pdavidoff@fordharrison.com

December 14, 2022

**VIA ECF**

Hon. Judge Paul Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Pearl Street, Room 2201
New York, NY 10007

    Re:    *Gu Seon Song v. Shinhan Bank America*
             Case No. 1:21-cv-11207

Dear Judge Engelmayer:

    I write to the Court with the consent of Plaintiff's counsel to advise it that the parties have reached a settlement in principle in the above referenced action. We expect to file with the Court shortly the documentation necessary to effectuate the dismissal of this Action.

    Please let us know should the Court require further clarification or information.

                                  Very truly yours,

                                  *s/ Philip K. Davidoff*

                                  Philip K. Davidoff

cc: Henry Jung, Esq.

PKD

WSACTIVELLP:13662465.1