UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GU SEON SONG,<br><br>                            *Plaintiff,*<br><br>              v.<br><br>SHINHAN BANK AMERICA,<br><br>                           *Defendants.* | Case No.: 21-cv-11207 |

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** that by and between the undersigned counsel for Plaintiff GU SEON SONG and Defendant SHINHAN BANK AMERICA that pursuant to Rule 41(a)(1)(A)(ii) of the Fed. R. Civ. P., the above-captioned action (the "**Action**") be and hereby is dismissed with prejudice in its entirety, with each party to bear its own costs and fees associated with the Action; and

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation and Order of Dismissal may be executed in counterparts, which, when taken together, shall constitute the entire Stipulation and that signatures by facsimile and electronic mail should be considered by the Court the same as original signatures.

Dated: December 27, 2022

JUNG & ASSOCIATES, PC

_____
Henry Hong Jung
470 Park Avenue South, Suite 7 North
New York, NY 10016
Tel.: (212) 481-0800
*Attorneys for Plaintiff*

Dated: December 28, 2022

FordHarrison LLP

_____
Philip K. Davidoff
366 Madison Avenue 7th Floor
New York, NY 10017
Tel.: (212) 453-5900
*Attorneys for Defendant*